UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:15-cv-1695 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| MICHAEL CHAVEZ, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

By an order filed August 13, 2015, plaintiff was ordered to file a completed in forma pauperis application within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. (ECF No. 4.) The thirty day period has now expired, and plaintiff has not responded to the court's order or filed a completed application. Accordingly, the undersigned will recommend that this action be dismissed without prejudice.

IT IS HEREBY ORDERED that the Clerk of Court is directed to assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mehm1695.fifp