UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL CHAVEZ, et al.,<br><br>  Defendants. | No.  2:15-cv-1695 JAM CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

On October 26, 2015, plaintiff's complaint was dismissed, and he was granted thirty days to file an amended complaint or face dismissal of this action.  (ECF No. 7.)  On November 6, 2015, he was served with the October 26, 2015 order at the Sacramento County Jail.  Two months later, plaintiff has neither filed an amended complaint nor shown good cause for his failure to amend.

Accordingly,  IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 5, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / mehm1695.fta_fr