1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    YASIR MEHMOOD,                              No.  2:15-cv-1695 JAM CKD P

12                    Plaintiff,

13         v.                                     ORDER

14    MICHAEL CHAVEZ, et al.,

15                    Defendants.

16

17         On January 5, 2016, the undersigned issued findings and a recommendation that this

18   action be dismissed due to plaintiff's failure to timely file an amended complaint.  (ECF No. 10.)

19   Plaintiff has filed objections, citing his recent transfers between institutions as the reason for his

20   failure to timely amend.  (ECF No. 11.)  Plaintiff requests an additional six months to file an

21   amended complaint.  (Id.)

22         The original complaint in this action was dismissed more than four months ago (ECF No.

23   7), and plaintiff has not shown good cause for a ten-month gap between the original and any

24   amended complaint.  Good cause appearing, the court will grant plaintiff thirty days to file an

25   amended complaint or face dismissal of this action.  No further extensions of time will be

26   granted.

27   ////

28   ////

                                                    1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 5, 2016, are vacated; and

2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint."  Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed.

Dated:  March 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mehm1695.vac

2