UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL CHAVEZ, et al.,<br><br>            Defendants. | No.  2:15-CV-1695 JAM-CKD P<br><br>**RECUSAL ORDER** |

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that all pending dates before Judge Mendez should be vacated, to be reset by the judge that is re-assigned.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the

1

1 | assignment of civil cases to compensate for this reassignment.
2 |     IT IS SO ORDERED.
3 | DATED: September 23, 2016
4 |                         /s/ John A. Mendez_____
5 |                         HONORABLE JOHN A. MENDEZ
6 |                         United States District Court Judge